1  CORTLIN H. LANNIN (SBN 266488)
   clannin@cov.com
2  MATTHEW Q. VERDIN (SBN 306713)
   mverdin@cov.com
3  COVINGTON & BURLING LLP
   Salesforce Tower
4  415 Mission Street, Suite 5400
   San Francisco, CA 94105-2533
5  Telephone: + 1 (415) 591-6000
   Facsimile: + 1 (415) 591-6091
6
   HANNAH K. NELSON (SBN 347061)
7  hnelson@cov.com
   COVINGTON & BURLING LLP
8  3000 El Camino Real
   5 Palo Alto Square, 10th Floor
9  Palo Alto, CA 94306-2112
   Telephone: + 1 (650) 632-4700
10 Facsimile: + 1 (650) 632-4800

11 *Attorneys for Defendants BioLife Plasma Services L.P.*
   *and Takeda Pharmaceuticals U.S.A., Inc.*
12
   [Additional Counsel Listed on Signature Page]
13

14                UNITED STATES DISTRICT COURT

15           FOR THE EASTERN DISTRICT OF CALIFORNIA

16

17 EVAN WOOTEN, individually and on behalf          Civil Case No.: 1:25-cv-00099-KES-SKO
   of all others similarly situated,
18                                                  **STIPULATION AND UNOPPOSED MOTION
                                                    TO EXTEND DEFENDANTS' TIME TO
19        Plaintiff,                                RESPOND TO COMPLAINT; ORDER**

20        v.                                        (Doc. 11)

21 BIOLIFE PLASMA SERVICES L.P. and
   TAKEDA PHARMACEUTICALS U.S.A.,
22 INC.,

23        Defendants.

24

25

26

27

28

1

Pursuant to Civil L.R. 143, Defendants BioLife Plasma Services L.P. and Takeda Pharmaceuticals U.S.A., Inc., along with Plaintiff Evan Wooten, respectfully submit the following joint stipulation enlarging the time for Defendants to respond to the Complaint.

## STIPULATION

WHEREAS, Plaintiff filed the Complaint in this action on January 22, 2025 (*see* Dkt. 1);

WHEREAS, Defendants were each served with Plaintiff's Complaint on January 24, 2025;

WHEREAS, pursuant to Federal Rule of Civil Procedure 12, Defendants' original deadline to respond to the Complaint was February 14, 2025;

WHEREAS, pursuant to Civil L.R. 144(a), which allows the parties to stipulate in writing without court order to extend a defendant's time within which to answer or otherwise respond to a complaint by no more than twenty-eight (28) days, the parties previously stipulated to extend Defendants' deadline to respond to the Complaint by twenty-eight (28) days to March 14, 2025 (*see* Dkt. 10);

WHEREAS, the parties agree that an additional extension of Defendants' time to respond would be productive and useful given the complexity of the legal and factual issues raised by Plaintiff's complaint;

WHEREAS, the parties have conferred and agree that Defendants' deadline to respond to the Complaint shall be extended by an additional twenty-one (21) days to April 4, 2025;

WHEREAS, this request is made in good faith and not for the purpose of unnecessary delay;

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE** that Defendants BioLife Plasma Services L.P. and Takeda Pharmaceuticals U.S.A., Inc.'s deadline to answer or otherwise respond to Plaintiff's Complaint is extended to **April 4, 2025**.

1

DATED:  March 7, 2025

COVINGTON & BURLING LLP

2

By: */s/ Cortlin H. Lannin*

3

4

CORTLIN H. LANNIN (SBN 266488)
clannin@cov.com
MATTHEW Q. VERDIN (SBN 306713)
mverdin@cov.com
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091

5

6

7

8

9

HANNAH K. NELSON (SBN 347061)
hnelson@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: + 1 (650) 632-4700
Facsimile: + 1 (650) 632-4800

10

11

12

13

*Attorneys for Defendants BioLife Plasma Services
L.P. and Takeda Pharmaceuticals U.S.A., Inc.*

14

15

DATED:  March 7, 2025

BURSOR & FISHER, P.A.

16

By: */s/Joshua B. Glatt* (as authorized on
03/07/2025)

17

18

L. Timothy Fisher (State Bar No. 191626)
Joshua B. Glatt (State Bar No. 354064)
1990 North California Blvd.,
9th Floor Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
        jglatt@bursor.com

19

20

21

22

*Attorneys for Plaintiff Evan Wooten*

23

24

25

26

27

28

**ORDER**

Based on the parties' stipulation and unopposed motion (Doc. 5), and for good cause shown, IT IS HEREBY ORDERED that Defendants BIOLIFE PLASMA SERVICES L.P. and TAKEDA PHARMACEUTICALS U.S.A., INC., shall file their pleadings responsive to Plaintiff Evan Wooten's Complaint (Doc. 1) on or before April 4, 2025.

IT IS SO ORDERED.

Dated:    **March 7, 2025**                    /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE