**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joshua B. Glatt (State Bar No. 354064)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com
         jglatt@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVAN WOOTEN, individually and on behalf all others similarly situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>BIOLIFE PLASMA SERVICES L.P. and TAKEDA PHARMACEUTICALS U.S.A., INC.<br><br>  Defendants. | Case No. 1:25-cv-00099-KES-SKO<br><br>**JOINT STIPULATION AND ORDER TO EXTEND PLAINTIFF'S DEADLINE TO FILE FIRST AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE**<br><br>**(Doc. 15)**<br><br>Hon. Kirk E. Sherriff |

JOINT STIPULATION TO EXTEND TIME TO FILE FAC AND SETTING BRIEFING SCHEDULE; ORDER

Pursuant to Civil L.R. 143, Plaintiff Evan Wooten and Defendants BioLife Plasma Services L.P. and Takeda Pharmaceuticals U.S.A., Inc. (the "Parties"), respectfully submit the following joint stipulation to extend Plaintiff's deadline to file a First Amended Class Action Complaint and Setting a Briefing Schedule.

## **STIPULATION**

WHEREAS, Plaintiff filed the operative Complaint on January 22, 2025 (ECF No. 1);

WHEREAS, on April 4, 2025, Defendants moved to dismiss Plaintiff's Complaint, triggering Plaintiff's deadline of April 18, 2025 to file an opposition or an amended complaint (ECF No. 13) (Civil L.R. 230(c));

WHEREAS, during the Parties' meet and confer prior to the filing of the Motion to Dismiss, Plaintiff informed Defendants that he would be amending the complaint as of right pursuant to Fed. R. Civ. P. 15(a)(1)(B);

WHEREAS, the deadline for Plaintiff to respond to the Motion to Dismiss falls before Plaintiff's deadline to amend as of right, and Plaintiff requires additional time to evaluate the arguments in Defendants' Motion and properly address them in an amended complaint;

WHEREAS, should Defendants move to dismiss Plaintiff's First Amended Complaint, the Parties desire to set a briefing schedule for that motion;

WHEREAS, this request is made in good faith and not for the purpose of unnecessary delay;

NOWWHEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT, subject to the Court's approval,

- Plaintiff shall file a First Amended Complaint or otherwise respond to the Motion to Dismiss shall be **May 9, 2025**;
- Defendants shall answer or otherwise respond to the First Amended Complaint by **June 6, 2025**;
- Should Defendants file a Motion to Dismiss the First Amended Complaint, Plaintiff shall file his Opposition by **July 7, 2025**;
- Should Defendants file a Motion to Dismiss the First Amended Complaint, Defendants shall file their Reply by **July 24, 2025**.

| | | |
|---|---|---|
| 1 | Dated: April 15, 2025 | Respectfully submitted, |
| 2 | | **BURSOR & FISHER, P.A**. |
| 3 | | By: /s/ L. Timothy Fisher |
| | |       L. Timothy Fisher |

L. Timothy Fisher (State Bar No. 191626)
Joshua B. Glatt (State Bar No. 354064)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
      jglatt@bursor.com

*Attorneys for Plaintiff*

Dated: April 11, 2025

COVINGTON & BURLING LLP

By: /s/ Matthew Q. Verdin
     Matthew Q. Verdin

CORTLIN H. LANNIN (SBN 266488)
clannin@cov.com
MATTHEW Q. VERDIN (SBN 306713)
mverdin@cov.com
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091

HANNAH K. NELSON (SBN 347061)
hnelson@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: + 1 (650) 632-4700
Facsimile: + 1 (650) 632-4800

*Attorneys for Defendants BioLife Plasma Services L.P. and Takeda Pharmaceuticals U.S.A., Inc.*

JOINT STIPULATION TO EXTEND TIME TO FILE FAC AND SETTING BRIEFING SCHEDULE; ORDER

2

**ORDER**

Pursuant to the parties' foregoing Joint Stipulation (Doc. 15), and for good cause shown, the Court hereby orders that Plaintiff SHALL file a First Amended Class Action Complaint on **May 9, 2025**. Defendants SHALL file a response on **June 6, 2025**. Should Defendants file a Motion to Dismiss the First Amended Complaint, Plaintiff SHALL file his Opposition by **July 7, 2025**. Should Defendants file a Motion to Dismiss the First Amended Complaint, Defendants SHALL file their Reply by **July 24, 2025**.

IT IS SO ORDERED.

Dated:   **April 15, 2025**              /s/ *Sheila K. Oberto*
                                                       UNITED STATES MAGISTRATE JUDGE