CORTLIN H. LANNIN (SBN 266488)
clannin@cov.com
MATTHEW Q. VERDIN (SBN 306713)
mverdin@cov.com
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091

HANNAH K. NELSON (SBN 347061)
hnelson@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: + 1 (650) 632-4700
Facsimile: + 1 (650) 632-4800

*Attorneys for Defendants BioLife Plasma Services L.P.
and Takeda Pharmaceuticals U.S.A., Inc.*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVAN WOOTEN, and SARKIS OGANYAN, individually and on behalf of all others similarly situated,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>BIOLIFE PLASMA SERVICES L.P. and TAKEDA PHARMACEUTICALS U.S.A., INC.,<br><br>　　Defendants. | Civil Case No.: 1:25-cv-00099-KES-SKO<br><br>**JOINT STIPULATION AND ORDER TO SUBMIT SUPPLEMENTAL BRIEFING AND CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS**<br><br>Honorable Kirk E. Sherriff |

Pursuant to Civil L.R. 143, Defendants BioLife Plasma Services L.P. and Takeda Pharmaceuticals U.S.A., Inc., along with Plaintiffs Evan Wooten and Sarkis Oganyan, respectfully submit the following joint stipulation to submit limited supplemental briefing in connection with Defendants' pending motion to dismiss addressing the impact of the Ninth Circuit's precedential opinion in *Popa v. Microsoft Corporation*, __ F.4th __, 2024 WL 2448824 (9th Cir. Aug. 26, 2025), and to continue the September 8, 2025 hearing on Defendants' pending motion to dismiss to allow sufficient time to submit supplemental briefing.

## **STIPULATION**

WHEREAS, Plaintiffs filed the operative First Amended Complaint on May 9, 2025 (ECF No. 17);

WHEREAS, on June 6, 2025, Defendants moved to dismiss Plaintiffs' First Amended Complaint (ECF No. 19), which was fully briefed as of July 27, 2025 (*see* ECF No. 20, 22);

WHEREAS, the hearing on Defendants' motion to dismiss is currently set for September 8, 2025 (*see* ECF No. 19);

WHEREAS, on August 26, 2025, the Ninth Circuit issued a precedential opinion in *Popa v. Microsoft Corporation*, __ F.4th __, 2024 WL 2448824 (9th Cir. Aug. 26, 2025), affirming the dismissal of a website wiretapping claim for lack of Article III standing and clarifying the requirements for Article III standing;

WHEREAS, on August 27, 2025, Defendants notified Plaintiffs that they believe the Ninth Circuit's *Popa* decision requires dismissal of Plaintiffs' claims, and Plaintiffs responded that they disagree with Defendants' position but do not dispute Defendants' right to bring this new authority to the Court's attention;

WHEREAS, the parties have conferred and agree that it would be efficient to submit limited supplemental briefing addressing the impact of the Ninth Circuit's *Popa* decision and to continue the hearing on Defendants' motion to dismiss to allow sufficient time for the parties to submit and the Court to consider this supplemental briefing;

WHEREAS, this request is made in good faith and not for the purpose of unnecessary delay;

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE**, subject to the Court's approval, as follows:

1. The Parties shall each file by **September 12, 2025** a supplemental brief of no more than five (5) pages addressing the impact on Plaintiffs' claims of the Ninth Circuit's opinion in *Popa v. Microsoft Corporation*, __ F.4th __, 2024 WL 2448824 (9th Cir. Aug. 26, 2025).

2. The hearing on Defendants' motion to dismiss Plaintiffs' First Amended Complaint currently set for September 8, 2025 shall be continued to **October 6, 2025**, or another date convenient for the Court's schedule.

3

STIPULATION TO SUBMIT SUPPLEMENTAL BRIEFING AND CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS
Case No.: 1:25-cv-00099-KES-SKO

| | |
|---|---|
| DATED:  August 28, 2025 | COVINGTON & BURLING LLP |
| | By: */s/ Matthew Q. Verdin* |
| | CORTLIN H. LANNIN (SBN 266488)<br>clannin@cov.com<br>MATTHEW Q. VERDIN (SBN 306713)<br>mverdin@cov.com<br>COVINGTON & BURLING LLP<br>Salesforce Tower<br>415 Mission Street, Suite 5400<br>San Francisco, CA 94105-2533<br>Telephone: + 1 (415) 591-6000<br>Facsimile: + 1 (415) 591-6091 |
| | HANNAH K. NELSON (SBN 347061)<br>hnelson@cov.com<br>COVINGTON & BURLING LLP<br>3000 El Camino Real<br>5 Palo Alto Square, 10th Floor<br>Palo Alto, CA 94306-2112<br>Telephone: + 1 (650) 632-4700<br>Facsimile: + 1 (650) 632-4800 |
| | *Attorneys for Defendants BioLife Plasma Services L.P. and Takeda Pharmaceuticals U.S.A., Inc.* |
| DATED:  August 28, 2025 | BURSOR & FISHER, P.A. |
| | By:  */s/ Joshua B. Glatt* (as authorized on 8/28/2025) |
| | L. Timothy Fisher (State Bar No. 191626)<br>Joshua B. Glatt (State Bar No. 354064)<br>1990 North California Blvd.,<br>9th Floor Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700<br>E-mail: ltfisher@bursor.com<br>         jglatt@bursor.com |
| | *Attorneys for Plaintiffs Evan Wooten and Sarkis Oganyan* |

4

STIPULATION TO SUBMIT SUPPLEMENTAL BRIEFING AND CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS
Case No.: 1:25-cv-00099-KES-SKO

**ORDER**

Pursuant to stipulation, and for good cause shown, the Court orders as follows:

1. The Parties shall each file by **September 12, 2025** a supplemental brief of no more than five (5) pages addressing the impact on Plaintiffs' claims of the Ninth Circuit's opinion in *Popa v. Microsoft Corporation*, __ F.4th __, 2024 WL 2448824 (9th Cir. Aug. 26, 2025).

2. The hearing on Defendants' motion to dismiss Plaintiffs' First Amended Complaint, Doc. 19, currently set for September 8, 2025, shall be continued to **October 6, 2025 at 1:30 p.m.**

IT IS SO ORDERED.

Dated:   August 29, 2025

_____
UNITED STATES DISTRICT JUDGE

5

STIPULATION TO SUBMIT SUPPLEMENTAL BRIEFING AND CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS
Case No.: 1:25-cv-00099-KES-SKO