# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**EVAN WOOTEN , ET AL. ,**

v.

**BIOLIFE PLASMA SERVICES L.P. , ET AL.**
**,**

**JUDGMENT IN A CIVIL CASE**

CASE NO: **1:25−CV−00099−KES−SKO**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 10/22/2025 .**

ENTERED: **October 22, 2025**

/s/ **Keith Holland**
Clerk of Court